UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DOLPHIN ASSOCIATES III, LLC and<br>DONALD T. NETTER,<br><br>Defendants. | CIVIL ACTION NO. 3:24-cv-02022-VDO |

**JOINT STATUS REPORT**

Plaintiff, Securities and Exchange Commission, and Defendants, Dolphin Associates III, LLC and Donald Netter, submit this joint status report, pursuant to the Court's Scheduling Order of April 15, 2025 [Dkt. No. 24].

**Discovery To Date**

Discovery is on-going. The Commission has:

- Produced to Defendants the documents identified in its initial disclosures;

- Served requests for documents on each defendant (served July 2, 2025, responses and document due August 15, 2025);

- Served interrogatories on each defendant (served July 28, 2025, due August 27, 2025);

- Approached defense counsel concerning deposition dates for Dolphin (under Fed. R. Civ. P. 30(b)(6)) and Mr. Netter. The parties anticipate these depositions will take place in late September and early October.

The Commission is also preparing third party subpoenas.

**Extensions**

Currently, the parties do not anticipate seeking extensions of the remaining deadlines in the case.

**Settlement Discussions**

The parties have engaged in substantive settlement discussions and have appeared for settlement mediation before Magistrate Judge Richardson.  The parties have not reached agreement about the terms of a settlement.


Dated:  August 8, 2025

Respectfully submitted,

| | |
|---|---|
| /s/ *[signature]* | /s/  Leslie Cahill |
| Marc J. Jones (Mass. Bar No. 645910, CT phv05721) <br> Boston Regional Office <br> 33 Arch Street, 24th Floor <br> Boston, MA  02110 <br> (617) 573-8947 (Jones direct) <br> (617) 573-4590 (fax) <br> jonesmarc@sec.gov | Leslie Cahill <br> Spears Manning & Martini LLC <br> 2425 Post Road, Suite 203 <br> Southport, CT 06890 <br> 203-292-9766 <br> bspears@spearsmanning.com |
| Counsel for Plaintiff | Counsel for Defendant Netter |
| | /s/   Daniel Cloherty <br> Daniel J. Cloherty <br> Cloherty & Steinberg LLP <br> One Financial Center, Suite 1120 <br> Boston, MA 02111 <br> 617-481-0160 <br> dcloherty@clohertysteinberg.com |
| | Counsel for Defendant Dolphin |